**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARWIN SIMON,<br><br>          Petitioner,<br><br>     vs.<br><br>V.M. ALMAGER, WARDEN,<br><br>          Respondent. | CASE NO. ED CV 07-01616 R (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 25, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE