O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARWIN SIMON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>V.M. ALMAGER, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 07-01616 R (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JAMES DARWIN SIMON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 25, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE